PGI/MEDINA
81 W 84TH AVE 160
THORNTON, CO 80260

**PROGRESSIVE COMMERCIAL**

Named insured

LUCKY 22 INC
LUCKY 22 INC
9400 W 67TH PL
ARVADA, CO 80004

Policy number: 952248958
Underwritten by:
Artisan and Truckers Casualty Co
June 14, 2022
Policy Period: Sep 10, 2021 - Sep 10, 2022
Page 1 of 4

**agent.progressive.com**
Online Service
Make payments, check billing activity, print policy documents, update your policy or check the status of a claim.

**1-303-227-9010**
PGI/MEDINA
Contact your agent for personalized service.

**1-800-444-4487**
For customer service if your agent is unavailable or to report a claim.

# Commercial Auto Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage began the later of September 10, 2021 at 12:01 a.m. or the effective time shown on your application. This policy period ends on September 10, 2022 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852CO (02/19), 4757CO (02/19), MCS90 (99/99), 1303 (11/07), 1198 (07/16), 2366 (02/11), 8610 (02/19), 2367 (06/10), 4852CO (06/05), 4881CO (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Policy changes effective June 13, 2022

| | |
|---|---|
| Changes processed on: | June 13, 2022 8:19 p.m. |
| Premium change: | |
| Changes: | The 1999 KENWORTH CONSTRUCTION has been added. |
| | The 2030 Non-owned Attached Trailer has been added. |

The changes shown above will not be effective prior to the time the changes were requested.


Continued

Form 6489 CO (04/20)

Policy number: 952248958
LUCKY 22 INC
Page 2 of 4

## Outline of coverage

| Policy level coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Uninsured/Underinsured Motorist | $1,000,000 combined single limit | | |
| **Total policy level coverage** | | | |
| **Summary level coverage** | Limits | Deductible | |
| Liability To Others | | | |
|   Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured Motorist Property Damage | Rejected | | |
| Medical Payments | $5,000 each person | | |
| Comprehensive | | | |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Total summary of coverage** | | | |
| **Subtotal policy premium** | | | |
| Waiver of Subrogation Fee | | | |
| Additional Insured Fee | | | |
| Blanket Waiver of Subrogation Fee | | | |
| Blanket Additional Insured Fee | | | |
| **Total 12 month policy premium and fees** | | | |

## Rated and Excluded drivers

## Important information regarding excluded drivers

If any drivers are shown as excluded drivers, then you agree that there is no coverage under any parts of this policy, for any accidents or loss arising out of the operation of any motor vehicles by the excluded drivers.

| | | Additional information |
|---|---|---|
| 1. | CARLOS COREAS ARAUJO | Excluded |
| 2. | SERGIO BURCIAGA | |
| 3. | Fernando A Robles | |

## Auto coverage schedule

1. **2002 PETERBILT 378**  Stated Amount: * $20,000 (including Permanently Attached Equip)
   VIN:                       Garaging Zip Code: 80004  Radius: 50 miles
   Personal use: N   Body type: Truck Tractor

Liability Premium

Physical Damage Premium

Auto Total

2. **2030 Non-owned Attached Trailer ***
   VIN: **None**  Garaging Zip Code: 80004  Radius: 50 miles
   Personal use: N   Body type: 20

Liability Premium

Liability Premium

Auto Total


Continued

Form 6489 CO (04/20)

Policy number: 952248958  
LUCKY 22 INC  
Page 3 of 4

3. **2006 VOLVO VN**  Stated Amount: * $20,000 (including Permanently Attached Equip)  
   VIN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Garaging Zip Code: 80004  Radius: 50 miles  
   Personal use: N   Body type: Truck Tractor

Liability Premium ▮▮▮

Physical Damage Premium ▮▮▮ .................................................... Auto Total ▮▮▮

4. **2000 PETERBILT 379**  Stated Amount: * $20,000 (including Permanently Attached Equip)  
   VIN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Garaging Zip Code: 80004  Radius: 50 miles  
   Personal use: N   Body type: Truck Tractor

Liability Premium ▮▮▮

Physical Damage Premium ▮▮▮ .................................................... Auto Total ▮▮▮

5. **2030 Non-owned Attached Trailer **  
   VIN: **None**  Garaging Zip Code: 80004  Radius: 50 miles  
   Personal use: N   Body type: 20

Liability Premium ▮▮▮ .................................................... Auto Total ▮▮▮

6. **2030 Non-owned Attached Trailer **  
   VIN: **None**  Garaging Zip Code: 80004  Radius: 50 miles  
   Personal use: N   Body type: 20

Liability Premium ▮▮▮ .................................................... Auto Total ▮▮▮

7. **2008 KENWORTH CONSTRUCTION**  Stated Amount: * $25,000 (including Permanently Attached Equip)  
   VIN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Garaging Zip Code: 80004  Radius: 50 miles  
   Personal use: N   Body type: Truck Tractor

Liability Premium ▮▮▮

Physical Damage Premium ▮▮▮ .................................................... Auto Total ▮▮▮

8. **2030 Non-owned Attached Trailer **  
   VIN: **None**  Garaging Zip Code: 80004  Radius: 50 miles  
   Personal use: N   Body type: 20

Liability Premium ▮▮▮ .................................................... Auto Total ▮▮▮


Continued

Form 6489 CO (04/20)

Policy number: 952248958
LUCKY 22 INC
Page 4 of 4

9. **1999 KENWORTH CONSTRUCTION** Stated Amount: * $19,000 (including Permanently Attached Equip)
VIN: **1NKDL08X8XR825024** Garaging Zip Code: 80004 Radius: 50 miles
Personal use: N  Body type: Truck Tractor

| | |
|---|---|
| Liability Premium | |
| Physical Damage Premium | Auto Total |

10. **2030 Non-owned Attached Trailer** **
VIN: **None** Garaging Zip Code: 80004 Radius: 50 miles
Personal use: N  Body type: 20

| | |
|---|---|
| Liability Premium | Auto Total |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

**Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page.

## Premium discount

## Additional Insured information

Blanket Additional Insured applies.

1. Additional Insured — IRON WOMAN CONSTRUCION
5680 EMERSON ST
DENVER, CO 80216

## Waiver of Subrogation information

Blanket Waiver of Subrogation applies.

1. Waiver of Subrogation — IRON WOMAN CONSTRUCTION
5680 EMERSON ST
DENVER, CO 80216

## Company officers

*Patricia M. Corum* (signature)

Secretary       .

Form 6489 CO (04/20)